## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

**SUSAN E. PETRIE**

       Plaintiff

    vs.                  **CASE NUMBER: 5:10-CV-1591 (FJS/DEP)**

**BIRDS EYE FOODS, INC.;
EARNIE PIETRYKOWSKI, in the
respective position as Human
Resources Manager; RAY HOUSER,
in the respective position as Plant
Manager; and LOUISE JARVIE, in
the respective position as Senior
Vice President,**

       Defendants

**Decision by Court.** This action came to a hearing before the Court. The issues have
    been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendants' motion for summary judgment is GRANTED. Judgment is entered in
Defendants' favor.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr.
dated the 23rd day of September, 2013.

DATED: September 23, 2013

*Laurence K. Baum*
Clerk of Court

s/ Nicole Killius,
Deputy Clerk